IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MELVIN EUGENE REED
ADC # 113827                                                           PETITIONER

v.                          No. 5:11-cv-318-DPM-BD

RAY HOBBS, Director, Arkansas
Department of Correction                                               RESPONDENT

## ORDER

The Court has considered Magistrate Judge Deere's Recommended Disposition, *Document No. 8*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal in its entirety.

The Court dismisses Reed's *habeas corpus* petition with prejudice. *Document No. 2*. The Court denies Reed a certificate of appealability. He has not made a substantial showing that one of his constitutional rights has been denied. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 May 2012